[Nos. 20812-5-III; 20840-1-III.  Division Three.  May 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON MICHAEL VESSEY, *Appellant*.

*In the Matter of the Personal Restraint of* CAMERON MICHAEL VESSEY, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02132-1, Paul A. Bastine, J., entered January 16, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20844-3-III.  Division Three.  May 1, 2003.]

SOAP LAKE ROD AND GUN CLUB, ET AL., *Respondents*, v. LEE ADAMS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-2-01109-8, Evan E. Sperline, J., entered January 4, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20963-6-III.  Division Three.  May 1, 2003.]

WARREN J. RIDDLE, ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-01922-2, Kathleen M. O'Connor, J., entered February 20, 2002. *Dismissed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.